1

2

3

4

5

6

UNITED STATES DISTRICT COURT

7

EASTERN DISTRICT OF CALIFORNIA

8

9

10   AMADO ARMAS,                        ) 1:11-cv—00772-LJO-SKO-HC
                                         )
11                   Petitioner,         ) ORDER GRANTING PETITIONER'S
                                         ) MOTION TO FILE A FIRST AMENDED
12        v.                             ) PETITION NO LATER THAN NINETY
                                         ) (90) DAYS AFTER THE DATE OF
13   MATTHEW CATE, SECRETARY OF THE) SERVICE OF THIS ORDER (DOC. 22)
     CALIFORNIA DEPARTMENT OF            )
14   CORRECTIONS AND                     ) ORDER SETTING NEW BRIEFING
     REHABILITATION,                     ) SCHEDULE
15                                       )
                     Respondent.         ) ORDER DISMISSING RESPONDENT'S
16                                       ) MOTION FOR AN EXTENSION OF TIME
                                         ) AS MOOT (DOC. 25)
17

18        Petitioner is a state prisoner who is proceeding with

19   counsel with a petition for writ of habeas corpus pursuant to 28

20   U.S.C. § 2254.  The matter has been referred to the Magistrate

21   Judge pursuant to 28 U.S.C.§ 636(b)(1) and Local Rules 302 and

22   303.  Pending before the Court is Petitioner's motion for leave

23   to file a first amended petition for writ of habeas corpus in

24   ninety (90) days, which was filed on February 6, 2012.

25        Respondent, who has been in the process of preparing a

26   response to the petition, filed a response to the motion on

27   February 8, 2012, acknowledging that Petitioner had a right

28   pursuant to Fed. R. Civ. P. 15(a) to file an amended petition

1

1  after the filing of a response.  (Doc. 24.)  Respondent requested

2  a new briefing schedule to permit a response to any additional

3  claims in the amended petition.

4      A petition for a writ of habeas corpus may be amended or

5  supplemented as provided in the rules of procedure applicable to

6  civil actions to the extent that the civil rules are not

7  inconsistent with any statutory provisions or the rules governing

8  section 2254 cases.  28 U.S.C. § 2242; Rule 12 of the Rules

9  Governing Section 2254 Cases in the United States District Courts

10  (Habeas Rules).  Fed. R. Civ. P. 15(a) may be used to permit the

11  petitioner to amend the petition.  Withrow v. Williams, 507 U.S.

12  680, 696 n.7 (1993).  Fed. R. Civ. P. 15(a) provides with respect

13  to amendments before trial that a party may amend its pleading

14  once as a matter of course within twenty-one days after service

15  of either the pleading, a required responsive pleading, or a

16  motion under Rule 12(b), (e), or (f), whichever is earlier; in

17  all other cases, a party may amend its pleading only with the

18  opposing party's written consent or the Court's leave.  Further,

19  the Court should freely give leave when justice so requires.

20      Here, the motion to amend is unopposed, and the period of

21  time requested is reasonable in light of the recent substitution

22  of counsel.  Respondent's request for a briefing schedule will be

23  granted to avoid further delay and to facilitate the process of

24  readying the case for decision.

25      Accordingly, it is ORDERED that Petitioner's motion for

26  leave to file a first amended petition is GRANTED.  Petitioner

27  may file a first amended petition no later than ninety (90) days

28  after the date of service of this order.

1    The briefing schedule previously set forth in the Court's
2  order of December 13, 2011, remains unchanged insofar as it sets
3  time limits for opposing and replying to a motion to dismiss.
4  Otherwise, it is hereby MODIFIED as follows:  Respondent may file
5  a response to the first amended petition no later than forty-five
6  (45) days after the date of service of the first amended
7  petition.  If an answer is filed, Petitioner may file a traverse
8  no later than thirty (30) days after the date of service of the
9  answer.

10   In view of this order, Respondent's motion for an extension
11 of time to respond to the petition, filed on February 13, 2012,
12 is DISMISSED as moot.

IT IS SO ORDERED.

**Dated:    February 16, 2012**              **/s/ Sheila K. Oberto**
                                        UNITED STATES MAGISTRATE JUDGE